UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
SHIRLEY MITCHELL CARVER                         CASE NO. 20-10164
381 BELL ROAD                                   JUDGE BENJAMIN A. KAHN
REIDSVILLE, NC  27320

    DEBTOR

SSN(1) XXX-XX-9087                              DATE: 12/10/2020

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $6,370.79<br>INT: .00%<br>NAME ID: 21741<br>CLAIM #: 0006 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9087<br>COMMENT: CLASS A,1120OR |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $6,067.27<br>INT: .00%<br>NAME ID: 63803<br>CLAIM #: 0008 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4960<br>COMMENT: CLASS A,1120OR |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $12,648.94<br>INT: .00%<br>NAME ID: 182840<br>CLAIM #: 0009 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4985<br>COMMENT: CLASS A,1120OR |
| BB&T NOW TRUIST<br>BANKRUTPCY SECTION<br>100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | $18,846.88<br>INT: .00%<br>NAME ID: 182840<br>CLAIM #: 0010 | (X) SPECIAL-UNSECURED<br><br>ACCT: 8892<br>COMMENT: COD,CLASS A/B,1120OR |
| BRUNSWICK CO REGISTER OF DEEDS<br>P O BOX 87<br>BOLIVIA, NC  28422 | $52.00<br>INT: .00%<br>NAME ID: 6931<br>CLAIM #: 0014 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| BRUNSWICK COUNTY TAX COLLECTOR<br>30 GOVERNMENT CENTER DR NE<br>BOLIVIA, NC  28422 | $0.00<br>INT: .00%<br>NAME ID: 181378<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| CAPITAL VACATIONS<br>9654 N KINGS<br>HIGHWAY STE 101<br>MYRTLE BEACH, SC  29572 | $0.00<br>INT: .00%<br>NAME ID: 181377<br>CLAIM #: 0007 | (S) SECURED<br>NOT FILED<br>ACCT: 0922<br>COMMENT: OC,REL |
| HORRY COUNTY TREASURER<br>P O BOX 1237<br>CONWAY, SC  29528 | $0.00<br>INT: .00%<br>NAME ID: 181379<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |

PAGE 2 - CHAPTER 13 CASE NO. 20-10164

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9087<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9087<br>COMMENT: OC |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>P O BOX 788<br>KIRKLAND, WA 98083 | $10,837.13<br>INT: .00%<br>NAME ID: 142764<br>CLAIM #: 0011 | (X) SPECIAL-UNSECURED<br><br>ACCT: 3856<br>COMMENT: CLASS A,1120OR |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC 27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0015 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC 27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0005 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9087<br>COMMENT: OC |
| RONALD CARVER<br>381 BELL RD<br>REISDSVILLE, NC 27320 | $0.00<br>INT: .00%<br>NAME ID: 181381<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 | $1,033.20<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0012 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1532<br>COMMENT: CARE CREDIT, COD,CLASS A,1120OR |
| **TOTAL:** | **$55,908.21** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC 27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/10/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice